IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CASEY DIXON,<br>    *Plaintiff,*<br><br>v.<br><br>OLI GROW, LLC, and SETH OLIVIER,<br>    *Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 7:24-cv-00105-O<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

The parties respectfully notify the Court that they have agreed to settle Plaintiff's claims in the above-referenced matter. Counsel for the parties are in the process of preparing and finalizing a mutually agreeable settlement agreement and required dismissal documents. The parties intend to file the dismissal documents as soon as practicable, but respectfully request 30 days to do so.

Accordingly, the parties also request that the Court stay the unreached deadlines contained in the Court's Scheduling Order (Doc. No. 6) for 30 days, so the dismissal documents may be filed.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| */s/ Daniel M. Branum*<br>Daniel M. Branum<br>State Bar No. 24064496<br>Branum PLLC<br>103 East Main Street<br>Olney, Texas 76374<br>Tel: 940-564-5299<br>Email: dan@branumpllc.com<br>**ATTORNEY FOR PLAINTIFF** | */s/ Kristin Newman*<br>**GEFFREY W. ANDERSON**<br>State Bar No. 00786980<br>ganderson@andersonriddle.com<br>**KRISTIN NEWMAN**<br>State Bar No. 24102279<br>knewman@andersonriddle.com<br>**ANDERSON & RIDDLE, L.L.P.**<br>1604 8th Avenue<br>Fort Worth, Texas 76104<br>Telephone: 817-334-0059<br>Facsimile: 817-334-0425<br>**ATTORNEYS FOR DEFENDANTS** |